WILLIAM M. KUNTZ  # 153052
Attorney at Law
4780 Arlington Avenue
Riverside, CA 92504
(951) 343-3400
Fax (951) 343-4004
E-Mail: KuntzSSlaw @sbcglobal.net
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| LAWRENCE A. ALICIA,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHELLE KING[1], Acting Commissioner of Social Security Administration,<br><br>    Defendant. | CASE NO.: **EDCV 23-02524 DTB**<br><br>[~~PROPOSED~~] ORDER AWARDING EAJA FEES |

Based upon the parties' Stipulation for Award and Payment of Equal Access to Justice Act (EAJA) Fees ("Stipulation"),

**IT IS ORDERED** that Plaintiff shall be awarded attorney fees under the Equal Access to Justice Act, ("EAJA") in the amount of FOUR THOUSAND THREE HUNDRED SIXTEEN DOLLARS and 03/cents ($4,316.03), as authorized by 28 U.S.C. § 2412 (d), and subject to the terms and conditions of the Stipulation.

DATED: January 24, 2025   _____
HONORABLE DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE

---

[1] Michelle King is now the Acting Commissioner of the Social Security Administration. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Michelle King should be substituted for Commissioner Kilolo Kijakazi as the defendant in this suit. No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1